UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80089-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

CORNELIUS WILLIAMS,
        Defendant.
_____/



### ORDER FOR PSYCHIATRIC EVALUATION

**THIS MATTER** comes before the Court upon defense counsel's ore tenus motion for a psychiatric evaluation of the defendant. After consideration of the matters set forth by counsel at the hearing on October 21, 2008, and with counsel for the Government rasing no objections, the Court finds that such an evaluation is warranted. Being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that, pursuant to 18 U.S.C. § 3552(b), the Bureau of Prisons shall conduct a psychiatric examination of Defendant and present a report of its findings as soon as reasonably practicable. In the event that a report cannot be completed within 30 days, the Bureau of Prisons shall present the Court with a Status Report of its investigation.

**DONE AND ORDERED**, in West Palm Beach, Florida, this 24 day of October, 2008.

                DONALD M. MIDDLEBROOKS
                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       USPO
       USMS
       BOP